In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No.
06-10-00127-CR

                                                ______________________________

 

 

 

                                                      IN
RE:  JOHN E. JACKSON

 

 

                                                                                                  


 

                                                                                                                            


                                                     Original
Mandamus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before
Morriss, C.J., Carter and Moseley, JJ.

                                            Memorandum
Opinion by Justice Moseley

                                                                              

                                                                              








                                                     MEMORANDUM 
OPINION

 

            John E. Jackson has filed a petition
seeking mandamus relief against Larry Merriman, judge of the municipal court of
the City of Longview.  This Court has
jurisdiction to issue a writ of mandamus against "a judge of a district or
county court in the court of appeals district."  Tex. Gov't
Code Ann. § 22.221(b) (Vernon 2004). 
We have no mandamus authority over a municipal court judge.

            We deny the petition. 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date
Submitted:          July 15, 2010

Date
Decided:             July 16, 2010

 

Do
Not Publish